373 A.2d 1124

Commonwealth v. Herman, Appellant.

Submitted December 10, 1976. William H. Platt, Public Defender, for appellant; George J. Joseph, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.